NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1037

CHERYL FREDERICK

VERSUS

LOUISIANA COMMUNITY & TECHNICAL COLLEGE SYSTEM
THROUGH LOUISIANA TECHNICAL COLLEGE-LAFAYETTE CAMPUS

**********
APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 20002904
HONORABLE GLENNON P. EVERETT, DISTRICT COURT JUDGE

**********
ULYSSES GENE THIBODEAUX
CHIEF JUDGE
**********

Court composed of Ulysses Gene Thibodeaux, C.J., Marc T. Amy, and Michael G. Sullivan, Judges.

AFFIRMED.

Sylvia M. Fordice
Assistant Attorney General
556 Jefferson Street - 4th Floor
Lafayette, LA 70501
Telephone: (337) 262-1700
COUNSEL FOR:
    Defendant/Appellee - State of Louisiana, through the Board of Supervisors of Community and Technical Colleges, and the Louisiana Community and Technical College System, through the Louisiana Technical College-Lafayette Campus

**Kenneth David St. Pe**
**Guilliot & St. Pé**
**P. O. Box 2877**
**Lafayette, LA 70502**
**Telephone:  (337) 232-8177**
**COUNSEL FOR:**
      **Plaintiff/Appellant - Cheryl Frederick**